# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153593(50)

CITY OF PONTIAC,
        Plaintiff-Appellant,

v

OTTAWA TOWER II, L.L.C., and CHARLES R.
STEPHENS, as Trustee of NORTH BAY
DRYWALL, INC., PROFIT SHARING PLAN &
TRUST,
        Defendants-Appellees,
and

DTE ELECTRIC COMPANY, f/k/a THE
DETROIT EDISON COMPANY,
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
        Defendants.
_____/

SC: 153593
COA: 324548
Oakland CC: 2014-139761-CC

      On order of the Chief Justice, the motion of the County of Oakland to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 24, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2016

Clerk